

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| YANMEI MORALES, | § | No. 08-22-00219-CV |
| Appellant, | § | Direct Appeal from the |
| v. | § | Director of the |
| MOTOR VEHICLES DIVISION TEXAS DEPARTMENT OF MOTOTR VEHICLES, | § | Department of Motor Vehicles |
| Appellee. | § | MVD Case No. 22-0009875 |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the agency's order of July 27, 2022. We therefore affirm the agency's order of said date. The appellant shall pay all costs relating to this appeal.

IT IS SO ORDERED THIS 20TH DAY OF APRIL, 2023.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.